IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

LANA THUY DANG,

    Plaintiff,

      v.

JPMORGAN CHASE BANK,

    Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-4143-TWT

## ORDER

This is a pro se action seeking damages for wrongful foreclosure. It is before the Court on the Report and Recommendation [Doc. 5] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 6 day of February, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Dang\r&r.wpd